| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | JOSEPH A. FAZIOLI (ILSBN 6273413)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7129 |
| 7 | FAX: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

**FILED**

OCT 17 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REY MARTINEZ,<br><br>  Defendant. | No.   CR 04-0189 VRW<br><br>STIPULATION AND [PROPOSED]<br>ORDER ADJUSTING MOTION<br>BRIEFING SCHEDULE AND<br>EXCLUDING TIME FROM THE SPEEDY<br>TRIAL ACT CALCULATION (18 U.S.C. §<br>3161(h)(8)(A)) |

This matter is currently for hearing on defendant's motion to suppress on November 8, 2005. The parties now jointly request that the briefing schedule in this matter be adjusted. This joint request is a result of scheduling issues that have arisen for both parties after the setting of the briefing schedule. Furthermore, defense counsel has requested that the government obtain and provide additional information to the defense for potential incorporation into its moving papers. The government is still in the process of obtaining this additional information requested by the defendant. Finally, the parties are exploring a potential pre-trial resolution of the case. It is the parties understanding that the Court is available on November 22, 2005.

In light of the above, the parties agree, and the Court finds and holds, as follows:

STIPULATION AND [PROPOSED] ORDER
CR 04-0189 VRW

1.  Government's response to defendant's motion to suppress is due no later than Tuesday, November 1, 2005.

2.  Defendant's reply is due no later than Tuesday, November 8, 2005.

3.  The hearing on defendant's motion to suppress shall take place on Tuesday, November 22, 2005.

4.  The time between November 8, 2005 and November 22, 2005 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED

DATED: 10/12/05

*[signature]*
BILL FAZIO
Attorney for Defendant Martinez

DATED: 10/14/05

*[signature]*
JOSEPH A. FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

*[signature]*
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE