1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7129
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

**FILED**

NOV 3 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REY MARTINEZ, <br><br> Defendant. | No. CR 04-0189 VRW <br><br> STIPULATION AND [PROPOSED] ORDER ADJUSTING MOTION BRIEFING SCHEDULE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

This matter is currently for hearing on defendant's motion to suppress on December 13, 2005. The parties now jointly request that the briefing schedule in this matter be adjusted. This joint request is a result of scheduling issues that have arisen for both parties after the setting of the briefing schedule. Furthermore, defense counsel had previously requested that the government obtain and provide an additional document to the defense for potential incorporation into its moving papers. Defense counsel recently provided some additional specific information to the government that enabled it, this week, to obtain the requested document and provide it to the defense. Defense counsel would now like an opportunity to review this newly provided document and see whether the previously filed motion to suppress needs to be revised to take that

STIPULATION AND [PROPOSED] ORDER
CR 04-0189 VRW

1 | document into account and/or additional pre-trial motions need to be filed. It is the parties'
2 | understanding that the Court is available on January 24, 2006.
3 | In light of the above, the parties agree, and the Court finds and holds, as follows:
4 | 1. Any revised defense pre-trial motions and/or additional pre-trial motions beyond those
5 | already filed with the Court are due no later than Friday, December 9, 2005.
6 | 2. Government's response to defendant's pre-trial motions is due no later than Friday,
7 | December 23, 2005.
8 | 3. Defendant's reply is due no later than Tuesday, January 10, 2006.
9 | 4. The hearing on defendant's motion to suppress (and any additional pre-trial motions to be
10 | filed) shall take place on Tuesday, January 24, 2006.
11 | 5. The time between December 13, 2005 and January 24, 2006 is excluded under the Speedy
12 | Trial Act. The parties agree that the failure to grant the requested continuance would
13 | unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
14 | into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree
15 | that the ends of justice served by granting the requested continuance outweigh the best interest of
16 | the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
17 | See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:
DATED: 2/6/05

BILL FAZIO
Attorney for Defendant Martinez

DATED: 11/28/05

JOSEPH A. FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.
DATED: _____

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE