| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
|   | United States Attorney |
| 2 | |
|   | EUMI L. CHOI (WVBN 0722) |
| 3 | Chief, Criminal Division |
| 4 | JOSEPH A. FAZIOLI (ILSBN 6273413) |
|   | Assistant United States Attorney |
| 5 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102-3495 |
|   | Telephone: (415) 436-7129 |
| 7 | FAX: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

**FILED**

DEC 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-0189 VRW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER ADJUSTING MOTION BRIEFING SCHEDULE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| REY MARTINEZ, | |
| Defendant. | |

This matter is currently for hearing on defendant's motion to suppress on January 24, 2006. The parties now jointly request that the briefing schedule and hearing date in this matter be adjusted. This joint request is a result of scheduling issues that have arisen for both parties after the setting of the briefing schedule related to pre-existing professional commitments, a recently scheduled trial, and the pending holidays. Furthermore, the government has recently provided additional discovery materials to the defense which are under review. The parties would like an opportunity to confer regarding this additional discovery prior to the hearing on defendant's pre-trial motion. The parties do not anticipate any additional modifications to be requested to the briefing schedule in this case. It is the parties' understanding that the Court is

STIPULATION AND [PROPOSED] ORDER
CR 04-0189 VRW

1  available on February 14, 2006.

2  　　　In light of the above, the parties agree, and the Court finds and holds, as follows:

3  1.　Government's response to defendant's motion to suppress is due no later than Monday,
4  January 23, 2006.

5  2.　Defendant's reply is due no later than Wednesday, February 1, 2006.

6  3.　The hearing on defendant's motion to suppress shall take place on Tuesday, February 14,
7  　　2005.

8  4.　The time between January 24, 2006 and February 14, 2006 is excluded under the Speedy
9  Trial Act. The parties agree that the failure to grant the requested continuance would
10 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
11 into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree
12 that the ends of justice served by granting the requested continuance outweigh the best interest of
13 the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
14 See 18 U.S.C. § 3161(h)(8)(A).

16 STIPULATED:
17 DATED: 12/20/05

　　　　　　　　　　　　　　　BILL FAZIO
　　　　　　　　　　　　　　　Attorney for Defendant Martinez

20 DATED: 12/20/05

　　　　　　　　　　　　　　　JOSEPH A. FAZIOLI
　　　　　　　　　　　　　　　Assistant United States Attorney

22
23 IT IS SO ORDERED.
　　DATED:_____

　　　　　　　　　　　　　　　VAUGHN R. WALKER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE