IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REY MARTINEZ, et al.,<br><br>　　　　Defendant.<br>_____/ | No. CR 04-0189 VRW<br><br>**ELECTRONIC CASE FILING ORDER** |

　　　This case is hereby designated for the Court's Electronic Case Filing (ECF) Program. Pursuant to General Order 45, each attorney of record is obligated to become an ECF user and be assigned a user ID and password for access to the system.  All documents required to be filed with the Clerk shall be filed electronically on the ECF website, except as provided otherwise in section VII of General Order 45 or authorized otherwise by the Court.  (Instructions for creating PDF files can be found in the tutorial at the Court's ECF website – www.ecf.cand.uscourts.gov.)

　　　In addition,  a copy  of all documents e-filed  shall be submitted to the Clerk's Office in an envelope clearly marked with the case number and "VRW Chambers Copy" no later than 12:00 noon on the day after the document is filed electronically.  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

　　　**IT IS SO ORDERED.**

Dated: June 22, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT  JUDGE