KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JOSEPH FAZIOLI (ILSBN 6273413)
DANA R. WAGNER (CASBN 209099)
Assistant United States Attorneys

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (415) 535-5081
   joseph.fazioli@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br>REY MARTINEZ,<br>   Defendant. | No. CR 04-0189 VRW<br><br>STIPULATION AND [PROPOSED] ORDER ADJUSTING MOTION SCHEDULE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On September 19, 2006, the parties appeared for a status hearing before the Court. Assistant United States Attorneys Joseph Fazioli and Dana Wagner appeared on behalf of the government. Assistant Federal Public Defender Josh Cohen appeared on behalf of the defendant Rey Martinez. At the September 19, 2006 hearing, defense counsel requested leave of the Court to file a *Franks* motion challenging the search warrant in this case. The Court set the following schedule in the event defendant were to file *Franks* motion:

   Defendant's Motion Due: October 10, 2006

   Government's Response Due: November 7, 2006

STIPULATION AND [PROPOSED] ORDER
CR 04-0189 VRW

1 | Defendant's Reply Due: November 14, 2006
2 | Motion Hearing: November 21, 2006.
3 | The parties agreed, and the Court held, that an exclusion of time under the Speedy Trial
4 | Act between between September 19, 2006 and November 21, 2006 was appropriate on
5 | the grounds of effective preparation of counsel. The defendant subsequently filed his
6 | *Franks* motion on October 10, 2006.
7 | Government counsel now requests that the briefing schedule and hearing date on
8 | that motion be adjusted. Government counsel is currently taking Family and Medical
9 | Leave to assist with a family matter, and does not anticipate returning to work until the
10 | first week of November. Defense counsel does not object to the requested change in
11 | schedule detailed below. It is the parties' understanding that the Court is available on
12 | December 12, 2006.
13 | In light of the above, the parties agree, and the Court finds and holds, as follows:
14 | 1. Government's response to defendant's *Franks* motion is due no later than Tuesday,
15 | November 21, 2006.
16 | 2. Defendant's reply is due no later than Tuesday, December 5, 2006.
17 | 3. The hearing on defendant's motion to suppress shall take place on Tuesday,
18 | December 12, 2006.
19 | 4. The time between September 19, ~~2005~~ 2006 and December 12, 2006 is excluded under
20 | the Speedy Trial Act. The parties agree that the failure to grant the requested continuance
21 | would unreasonably deny defense counsel reasonable time necessary for effective
22 | preparation, taking into account the exercise of due diligence. See 18 U.S.C. §
23 | 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the
24 | requested continuance outweigh the best interest of the public and the defendant in a
25 | //
26 | //
27 | //
28 | //
//

1  speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. §
2  3161(h)(8)(A).
3
4  STIPULATED:
5  DATED: 10/18/06
6                                          JOSH COHEN
                                            Assistant Federal Public Defender
7
8  DATED:   10/18/06
                                            JOSEPH A. FAZIOLI
9                                           Assistant United States Attorney
10
11 IT IS SO ORDERED.
12 DATED: 10/23/2006
                                            VAUGHN R. WALKER
13                                          UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28