1   BARRY PORTMAN
    Federal Public Defender
2   JOSH COHEN
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700

5   Counsel for Defendant MARTINEZ

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,            )   No. CR-04-0189 VRW
11                                       )
                      Plaintiff,         )   DEFENDANT'S UNOPPOSED MOTION FOR
12                                       )   ORDER AND [~~PROPOSED~~] ORDER
                                         )   EXONERATING RELEASE BOND
13      v.                               )
                                         )
14                                       )
    REY MARTINEZ,                        )
15                                       )
                      Defendant.         )
16  _____  )

17

18          On June 14, 2004, defendant Rey Martinez was ordered released by this Court on a

19  $150,000 bond secured by his brother Raymond Martinez's property at 10260 Hope Lane in

20  Yucaipa, California.

21          Mr. Martinez was returned to custody on November 3, 2006.  Sentence was imposed

22  and judgment entered on December 12, 2006.  Mr. Martinez is now awaiting designation to

23  a Bureau of Prisons facility and transfer to that facility by the United States Marshals

24  Service.

25  ///

26  ///

1

1    Judgment having been entered in this matter, Mr. Martinez respectfully moves the

2  Court to order that the bond be exonerated so that the lien against the surety's property can

3  be lifted.

4    The government does not oppose this motion.

5  Dated: December 18, 2006

6                                      Respectfully submitted,

7                                      BARRY J. PORTMAN
                                       Federal Public Defender
8
                                       /S/
9
                                       JOSH COHEN
10                                     Assistant Federal Public Defender

11
                                    **ORDER**
12
    Accordingly, with the consent of the government and for good cause shown, it is
13
  hereby ORDERED that the release bond in this matter shall be exonerated.
14
    IT IS SO ORDERED.
15
  Dated:   December 21, 2006
16                                   ~~ELIZABETH D. LAPORTE~~
                                     ~~UNITED STATES MAGISTRATE JUDGE~~
17
                                     GRANTED
18
                                     Judge Vaughn R Walker
19

20

21

22

23

24

25

26

2