BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-0189 VRW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| REY MARTINEZ, ) | **ORDER** |
| Defendant. ) | |

## STIPULATION

The defendant, Rey Martinez, has recently completed the custodial portion of his sentence. As set forth in the PSR, Mr. Martinez's home is in Amsterdam, where he previously resided with his spouse. He now wishes to return home to his spouse and community, there to reside for the duration of his supervised release term.

Mr. Martinez has met in person with his probation officer, Jennifer Hutchings. He reviewed the terms of his release and agrees to report regularly from Amsterdam. The Probation Office has no objection to Mr. Martinez living at home with his spouse in Amsterdam during his supervised release term. Consequently, the United States has no objection, either.

It is so stipulated.

STIPULATION AND [PROPOSED]
ORDER; CR 04-0189 VRW

1 | DATED: September 30, 2008 | /s/
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Rey Martinez

4 | DATED: October 1, 2008 | /s/
JOSEPH FAZIOLI
Assistant United States Attorney

### ~~[PROPOSED]~~ ORDER

FOR GOOD CAUSE shown, the defendant may reside in Amsterdam, The Netherlands, during his supervised release term. He shall otherwise abide by the terms of his release as directed by the Probation Office.

**IT IS SO ORDERED**.

DATED: 10/7/08

_____
VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED
Judge Vaughn R Walker*

STIPULATION AND [PROPOSED]
ORDER; CR 04-0189 VRW         - 2 -